NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Appellant*

v.

**COREPHOTONICS, LTD.,**
*Appellee*

2022-1350, 2022-1351

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00905 and IPR2020-00906.

**ON MOTION**

**O R D E R**

Upon consideration of appellant's unopposed motion for an extension of time to file its reply brief, up to and including December 23, 2022,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

| | |
|---|---|
| <u>October 18, 2022</u> | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |