Nos. 22-1350, -1351

IN THE
# United States Court of Appeals for the Federal Circuit

APPLE INC.,

*Appellant*,

*v.*

COREPHOTONICS, LTD.,

*Appellee*.

On Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board
Nos. IPR2020-00905 and IPR2020-00906

**JOINT STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 33(a)**

Pursuant to Rule 33(a)(2)(A) of this Court's Rules of Practice, Appellant Apple Inc. and Appellee Corephotonics, Ltd. state that they have discussed settlement of the above-referenced appeal in compliance with Rule 33(a)(1). The parties have not reached an agreement regarding settlement of this appeal.

Respectfully submitted,

/s/ Neil A. Rubin               *
Marc A. Fenster
Neil A. Rubin
James S. Tsuei
RUSS AUGUST & KABAT LLP
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA  90025
(310) 826-7474

*Counsel for Appellee*

Respectfully submitted,

/s/ Elizabeth R. Moulton
Elizabeth R. Moulton
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
(415) 773-5700

Mark S. Davies
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC  20005

Alyssa Barnard-Yanni
Emily W. Villano
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019

*Counsel for Appellant*

*Counsel for Appellee Corephotonics, Ltd. consents to the use of his electronic signature herein.

December 30, 2022