Nos. 22-1350, -1351

IN THE

# United States Court of Appeals for the Federal Circuit

APPLE INC.,

*Appellant,*

v.

COREPHOTONICS, LTD.,

*Appellee.*

On Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board
Nos. IPR2020-00905 and IPR2020-00906

**APPLE INC.'S STATEMENT OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 25.1(c)(2)**

Appellant Apple Inc. hereby certifies that it has complied with Federal Circuit Rule 25.1(c)(2).

                Respectfully submitted,

                */s/ Elizabeth R. Moulton*
                Elizabeth R. Moulton
                ORRICK, HERRINGTON &
                  SUTCLIFFE LLP
                405 Howard Street
                San Francisco, CA  94105
                (415) 773-5700

                *Counsel for Appellant*

December 30, 2022