FORM 32. Response to Notice to Advise of Scheduling Conflicts  Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 22-1350, 22-1351

**Short Case Caption:** Apple Inc. v. Corephotonics, Ltd.

| **Party Name(s)** | Apple Inc. |
|---|---|
| **Name of Arguing Counsel** | Elizabeth R. Moulton |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 05/01/2023<br>05/02/2023<br>05/03/2023<br>05/04/2023<br>05/05/2023<br>06/05/2023<br>06/06/2023<br>06/07/2023<br>06/08/2023<br>06/09/2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/31/2023            Signature: /s/ Elizabeth R. Moulton

                            Name:      Elizabeth R. Moulton

Nos. 22-1350, -1351

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

APPLE INC.,

        Appellant,

v.

COREPHOTONICS, LTD.,

        Appellee.

## STATEMENT OF GOOD CAUSE

Counsel for Apple Inc. ("Apple") hereby provides the following statement of good cause to support each listed day on Apple's Response to Notice to Advise of Scheduling Conflicts. Good cause exists not to schedule oral argument May 1-5 and June 5-9, 2023.

1. I am arguing counsel for Apple in the above-captioned matter.

2. The Court has asked arguing counsel to advise of scheduling conflicts for its sessions from April 2023 through September 2023.

3. I am counsel in the following cases set for trial in May and June 2023:

    a. *In Google LLC. v. Sonos, Inc.*, No. 3:20-cv-6754-WHA (N.D. Cal.), trial is scheduled to begin on May 8, 2023 and last through May 19, 2023. A pre-trial conference is set for May 3, 2023.

    b. In *IGT v. Zynga, Inc.*, No. 6:21-cv-331-ADA (W.D. Texas), trial is scheduled to begin on May 26, 2023 and last through May 30, 2023. A pre-trial conference is set for May 24, 2023.

    c. In *Pinter-Brown vs. University of California at Los Angeles*, No. BC624838 (Cal. Super. Ct., Los Angeles County), trial is scheduled to begin on June 5, 2023, with a pretrial conference on May 26, 2023.

4. Given the amount of work necessary to prepare for these trials, including overlapping pretrial work and pretrial filings, and the amount of time necessary to prepare for oral argument in this consolidated appeal from two separate IPR proceedings, I do not believe I can adequately prepare for an oral argument held on May 1-5 or June 5-9, 2023.

5. I therefore believe that good cause exists not to schedule argument in this case for May 1-5 and June 5-9, 2023.

| | |
|---|---|
| Date: January 31, 2023 | Respectfully submitted, |
| | */s/ Elizabeth R. Moulton* |
| | Elizabeth R. Moulton |
| | ORRICK, HERRINGTON & |
| |   SUTCLIFFE LLP |
| | 405 Howard Street |
| | San Francisco, CA 94105 |
| | (415) 773-5700 |

*Counsel for Appellant*