FORM 32. Response to Notice to Advise of Scheduling Conflicts | Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 22-1350; 22-1351

**Short Case Caption:** Apple Inc. v. Corephotonics, Ltd.

| **Party Name(s)** | Corephotonics, Ltd. |
|---|---|
| **Name of Arguing Counsel** | Marc Fenster |
| **Dates Unavailable**<br><br>List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case.<br><br>**Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 04/03/2023<br>04/04/2023<br>04/05/2023<br>06/05/2023<br>06/06/2023<br>06/07/2023<br>06/08/2023<br>06/09/2023<br>09/05/2023 |
| **Potential Other Conflicts**<br><br>Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | Apple Inc. v. Corephotonics, Ltd.<br>Case No. 2022-1324 |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/31/2023         Signature: /s/ Marc A. Fenster

Name: Marc A. Fenster

Save for Filing

**22-1350; 22-1351**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**APPLE INC.,**
*Appellant*
v.

**COREPHOTONICS, LTD.,**
*Appellee.*

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review Nos. IPR2020-00905, IPR2020-00906

## STATEMENT OF GOOD CAUSE

Marc A. Fenster
mfenster@raklaw.com
Brian D. Ledahl
bledahl@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for*
*Appellee Corephotonics, Ltd.*

The undersigned hereby states that good cause exists for each of the scheduling conflicts identified in Appellee Corephotonics, Ltd., Response to Notice to Advise of Scheduling Conflicts as follows:

| | |
|---|---|
| April 3-5, 2023 | Prearranged travel with family; |
| June 5-9, 2023 | Prearranged vacation and travel for my 25th wedding anniversary (6/6); and |
| September 5, 2023 | Lead Counsel for Plaintiff XR Communications, LLC, dba Vivato Technologies scheduled to appear at final pretrial conference in *XR Communications, LLC, dba Vivato Technologies v. Amazon.com Services LLC,* Case No. 6:21-cv-00619-ADA before the U.S. District Court for the Western District of Texas. |

Dated: January 31, 2023

Respectfully submitted,

*/s/ Marc A. Fenster*
Marc A. Fenster
mfenster@raklaw.com
Brian D. Ledahl
bledahl@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for*

*Appellee Corephotonics, Ltd.*

*Appellee Corephotonics, Ltd.*