# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

v.

**COREPHOTONICS, LTD.,**
*Appellee*

---

2022-1350, 2022-1351

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00905, IPR2020-00906.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

September 11, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court